```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DEUTSCHE BANK TRUST COMPANY       :
AMERICAS,
                      Plaintiff,    :

        -against-          :

ELLIOT INTERNATIONAL, L.P. et al.,   :

                                    :
                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

09 Civ. 5242 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on January 28, 2011, summary judgment is granted in favor of Elliot International, Liverpool Limited Partnership, Structured Principal Strategies, and Wells Fargo Bank. The Clerk of Court is directed to terminate the motion pending at Docket Entry #61.

Dated: February 14, 2011
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*